| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | VICTOR M. CHAVEZ, CA Bar #113752 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorneys for Defendant-Appellant |
| 6 | RAFAEL CARDENAS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00205-DAD-BAM |
| Plaintiff, | **STIPULATION TO MODIFY BRIEFING SCHEDULE AND HEARING DATE; [~~PROPOSED~~] ORDER** |
| vs. | DATE: June 25, 2018 |
| RAFAEL CARDENAS, | TIME: 1:00 p.m. |
| | JUDGE: Barbara A. McAuliffe |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the schedule for filing and hearing of defendant's discovery motion may be modified as follows:

1. Defense to file: May 21, 2018.
2. Government's response: June 14, 2018.
3. Optional reply: June 19, 2018.
4. Hearing on motion: June 25, 2018.

This stipulation was proposed by defense counsel because he needed additional time.

The parties agree that time may be excluded. Exclusion of time may be ordered pursuant to 18 U.S.C. §3161(h)(D) and pursuant to 18 U.S.C. §3161(h)(7)(A) because this schedule is extended on the basis that the defense needs additional time to prepare its motion. The court

finds that the ends of justice served by extending the period for filing motions outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

Dated: May 14, 2018                    By:    /s/ Ross Pearson
                                              ROSS PEARSON
                                              Assistant United States Attorney
                                              Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Dated: May 14, 2018                    By:    /s/ Victor M. Chavez
                                              VICTOR M. CHAVEZ
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              RAFAEL CARDENAS

## **ORDER**

IT IS SO ORDERED.

Dated:   **May 15, 2018**              /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE