HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
VICTOR M. CHAVEZ, CA Bar #113752
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant-Appellant
RAFAEL CARDENAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00205-DAD-BAM-1 |
| *Plaintiff*, | **STIPULATION AND ORDER TO CONTINUE MOTION HEARING** |
| vs. | DATE: June 25, 2018<br>TIME: 10:00 a.m. |
| RAFAEL CARDENAS, | JUDGE: Dale A. Drozd |
| *Defendant*. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that hearing on defendant's discovery motion now set for June 25, 2018 at 10:00 a.m. may be moved to July 16, 2018 at 10:00 a.m. The reason for this request is to allow the parties more time to attempt to resolve the issues. Due to medical leave, defense counsel is not available to meet this week. The parties will meet and confer the week prior to the hearing date and advise the court of any unresolved issues.

It is further stipulated that time be excluded up to and including July 16, 2018 under 18 U.S.C. § 3161(h)(D) and pursuant to 18 U.S.C. §3161(h)(7)(A). The parties agree that the delay resulting from the requested continuance shall be excluded as necessary for additional time for parties to meet and confer in an attempt to resolve issues on discovery motion. For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of

the public and the defendant in a speedy trial.

|  |  | Respectfully submitted, |
|---|---|---|
|  |  | MCGREGOR W. SCOTT<br>United States Attorney |
| Dated: June 21, 2018 | By: | */s/ Ross Pearson*<br>ROSS PEARSON<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  |  | HEATHER E. WILLIAMS<br>Federal Defender |
| Dated: June 21, 2018 | By: | */s/ Victor M. Chavez*<br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorney for Defendant<br>RAFAEL CARDENAS |

## **ORDER**

The court has reviewed and considered the stipulation of the parties to continue the motion hearing in this case. Good cause appearing, the hearing on motion for disclosure of identity of confidential informant (Doc. 45) by defendant Rafael Cardenas currently set for 6/25/2018, is continued to 7/16/2018, at 10:00am. Time is excluded through the court's ruling on the motion under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **June 21, 2018**

UNITED STATES DISTRICT JUDGE