HEATHER E. WILLIAMS, SBN #122664
Federal Defender
VICTOR CHAVEZ, SBN #113752
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
RAFAEL CARDENAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-cr-0205 DAD-BAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE IN CAMERA HEARING ON MOTION TO DISCLOSE INFORMANT |
| vs. | |
| RAFAEL CARDENAS, | Date: August 23, 2018 |
| Defendant. | Judge: Hon. Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties through their respective

counsel, Assistant United States Attorney Ross Pearson, counsel for the plaintiff, and Assistant

Federal Defender Victor Chavez, counsel for defendant Rafael Cardenas, that the deadline for

filing of any proposed questions and related materials in advance of the *in camera* hearing in this

matter be continued to August 23, 2018.

Defense counsel is presently outside of the country and is not scheduled to return to the

office until August 14, 2018. Given that defense counsel is currently abroad, counsel does not

have access to the file and materials related to this matter in order to prepare and meet the

currently scheduled deadline of August 13, 2018.

Counsel will need time to review related materials, draft proposed questions and submit

them to the Court. The parties have agreed that a submission deadline of no later than August

23, 2018 will provide each of the parties sufficient time to submit the above-referenced items to

the Court.  The parties then defer to the Court to set the in camera hearing based upon the
Court's availability following the August 23, 2018 submission deadline.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: August 3, 2018                    */s/ Ross Pearson*
                                        ROSS PEARSON
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

                                        HEATHER E. WILLIAMS
                                        Federal Defender

Date: August 3, 2018                    */s/ Victor Chavez*
                                        VICTOR CHAVEZ
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        RAFAEL CARDENAS

# O R D E R

Good cause appearing, the *in camera* hearing previously set for August 15, 2018 is
continued to September 6, 2018 at 1:30 P.M.  At that in camera hearing, it is anticipated that the
informant and the undercover law enforcement officer will testify in response to questions from
government's counsel and the court.  Neither defense counsel nor defendant Cardenas will be
permitted to attend the *in camera* hearing. Defense counsel shall file with the court any proposed
questions and related materials on or before August 23, 2018.  Following the *in camera* hearing,
the court will issue an order ruling on defendant's informant disclosure motion.

IT IS SO ORDERED.

Dated:   **August 3, 2018**

_____
UNITED STATES DISTRICT JUDGE