# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED

NOV 19 2018

CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **United States of America** | ) |
| vs. | ) Case No. 1:17-CR-00205-DAD-BAM-1 |
| Rafael Cardenas | ) |
|  | ) |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Rafael Cardenas_____, have discussed with _____Ryan Beckwith_____, Pretrial Services Officer, removal of the following condition of release:

The condition requiring the defendant to submit to drug and/or alcohol testing as approved by the PSO. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the Pretrial Services Officer.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_Rafael Cardenas O._     _11-16-18_       _Ryan Beck_     _11-16-18_
Signature of Defendant     Date        Pretrial Services Officer Services     Date

I have reviewed the conditions and concur that this modification is appropriate.

_[signature]_         _11/6/18_
Signature of Assistant United States Attorney     Date
Ross Pearson

I have reviewed the conditions with my client and concur that this modification is appropriate.

_Victor M. Chavez_        _11-6-18_
Signature of Defense Counsel     Date
Victor Chavez

### ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on ___11/19/18___.

☐ The above modification of conditions of release is *not* ordered.

_[signature]_         _11/19/18_
Signature of Judicial Officer     Date

cc:    U.S. Attorney's Office, Defense Counsel, Pretrial Services