## United States District Court
### EASTERN DISTRICT OF CALIFORNIA


FILED
NOV 19 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States of America )
vs. ) Case No. 1:17-CR-00205-~~DAD~~-~~BAM~~-1
Rafael Cardenas )

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Rafael Cardenas_____, have discussed with _____Ryan Beckwith_____, Pretrial Services Officer, removal of the following condition of release:

The condition requiring the defendant to participate in the Curfew component of the Location Monitoring Program which requires the defendant to be restricted to his residence every day from 9:00 PM to 6:00 AM or as adjusted by the pretrial services officer for medical, religious services, employment or court ordered obligations be modified to restrict him to his residence every day from 9:00 PM to 5:00 AM.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_Rafael Cardenas O._  11-16-18        _[signature]_  11-16-18
Signature of Defendant   Date            Pretrial Services Officer Services   Date

I have reviewed the conditions and concur that this modification is appropriate.

_[signature]_                                         11/6/18
Signature of Assistant United States Attorney                Date
Ross Pearson

I have reviewed the conditions with my client and concur that this modification is appropriate.

_Victor M. Chavez_                                    11-6-18
Signature of Defense Counsel                           Date
Victor Chavez

## ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on _____.
☐ The above modification of conditions of release is *not* ordered.

_[signature]_                                         11/19/18
Signature of Judicial Officer                          Date
cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services