| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | VICTOR M. CHAVEZ, CA Bar #113752 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorneys for Defendant-Appellant |
| 6 | RAFAEL CARDENAS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00205-DAD-BAM |
| Plaintiff, | **STIPULATION TO VACATE STATUS CONFERENCE AND SET FOR CHANGE OF PLEA; ORDER** |
| vs. | DATE: February 19, 2019<br>TIME: 10:00 a.m. |
| RAFAEL CARDENAS, | JUDGE: Dale A. Drozd |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference now set for February 11, 2019 before the Honorable Barbara A. McAuliffe may be vacated. The case will be set for change of plea on February 19, 2019 before the Honorable Dale A. Drozd.

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

Dated: February 7, 2019           By:   */s/ Ross Pearson*
                                        ROSS PEARSON
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

|  |  |
|---|---|
| | HEATHER E. WILLIAMS<br>Federal Defender |
| Dated: February 7, 2019 | By:   */s/ Victor M. Chavez*<br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorney for Defendant<br>RAFAEL CARDENAS |

### ORDER

IT IS HEREBY ORDERED that the status conference currently set for Monday, February 11, 2019 before Magistrate Judge Barbara A. McAuliffe is vacated and a change of plea hearing is set for Monday, February 19, 2019 at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **February 7, 2019**

_____
UNITED STATES DISTRICT JUDGE