# United States District Court
## EASTERN DISTRICT OF CALIFORNIA


FILED
MAR 27 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

United States of America )
vs. ) Case No. 1:17-cr-00205-DAD-BAM-001
)
Rafael Cardenas )

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Rafael Cardenas__, have discussed with __Francisco J. Guerrero__, Pretrial Services Officer, modifications of my release conditions as follows:

The condition requiring the defendant to participate in the curfew component of the Location Monitoring Program with electronic monitoring or other location verification system is removed. The defendant shall continue to make payments for the monitoring costs until his monitoring services have been paid in full. All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_Rafael Cardenas O._  3/8/19                    _[signature]_  3/8/19
Signature of Defendant   Date                    Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_[signature]_                                    3/25/19
Signature of Assistant United States Attorney    Date
Ross Pearson

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_                                    3/15/19
Signature of Defense Counsel                     Date
Victor Manuel Chavez

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on __3-26/19__.
[ ] The above modification of conditions of release is *not* ordered.

_[signature]_                                    3-26-19
Signature of Judicial Officer                    Date

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services