McGREGOR W. SCOTT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAFAEL CARDENAS,<br><br>Defendant,<br><br>MANUEL OCHOA GUZMAN,<br><br>Surety. | CASE NO. 1:17-CR-00205-DAD-BAM<br><br>**STIPULATION RE FORFEITURE OF PROPERTY BOND; ORDER THEREON** |

The parties, the United States of America and the Surety, Manuel Ochoa Guzman ("Guzman"), agree and stipulate as follows:

## BACKGROUND

1. On August 31, 2017, Defendant Rafael Cardenas ("Defendant") was indicted on one count of 'Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine' and one count of 'Possession with Intent to Distribute Methamphetamine, and Aiding and Abetting'. (ECF #1)

2. On September 25, 2017, an Order Setting Conditions of Release and an Appearance and Compliance Bond were filed, ordering Defendant released upon posting a $40,000.00 property bond and a $5,000.00 cash bond. (ECF #25 and #26)

3. Paperwork for the secured bond was prepared by the defense, approved by the United States Attorney's Office, and filed with the court. (See **Exhibit A** - Memo re bond approval; Straight

1 | Note, executed by Guzman; and Deed of Trust, Doc #2017-0119958, recorded in Fresno County on 9-
2 | 21-2017)
3 |     4.     On October 21, 2019, a Pretrial Order was filed, setting this matter for a trial
4 | confirmation hearing on November 4, 2019, and trial on November 19, 2019. (ECF #71)
5 |     5.     On October 22, 2019, a Pretrial Services Violation Petition was filed, setting forth
6 | conduct of Defendant, which violated the terms of Defendant's pretrial release. In response, the
7 | Magistrate Judge issued a bench warrant for the arrest of Defendant. (See ECF #72)
8 |     6.     On November 4, 2019, minutes were entered vacating the trial and informed that the
9 | arrest warrant remained outstanding.

## STIPULATION

The United States seeks to recover the forfeited property bond of $40,000.00, secured by the Deed of Trust, Doc #2017-0119958, and recorded in Fresno County on September 21, 2017.

1. Within twenty (20) days of service of this order, Guzman has agreed to pay $40,000.00 to the Clerk of the Court for the Eastern District of California as follows:

    A check, cashier's check, or money order made payable and delivered to the following address:

> United States District Court
> Clerk of the Court
> 501 I Street, Suite 4-200
> Sacramento, California 95814

    Criminal docket number **1:17-CR-00205-DAD-BAM** shall be stated on the payment instrument.

2. Upon confirmation that the $40,000.00 has been received and cleared, the Clerk of the Court for the Eastern District of California shall prepare a reconveyance of the Deed of Trust (Doc #2017-0119958) and forward it to Guzman for recording; and

///
///
///
///

3. The forfeited $5,000.00 cash bond that was deposited with the Clerk of the Court, plus any accrued interest, shall be moved to the Crime Victim's Fund.

FOR THE UNITED STATES:

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Dated: December 26, 2019

By: /s/*Ross Pearson*
ROSS PEARSON
Assistant United States Attorney

FOR THE SURETY:

Dated: December 26, 2019

/s/*Manuel Ochoa Guzman*
MANUEL OCHOA GUZMAN, In Pro Per

# ORDER

The Court, having reviewed the court files and the Parties' Stipulation re Bond Forfeiture; Order Thereon, and good cause appearing therefrom, hereby GRANTS the Stipulation. Accordingly, it is ORDERED that:

1. Within twenty (20) days of service of this order, Surety, Manuel Ochoa Guzman shall deliver to the Clerk of the Court for the Eastern District of California a check or money order in the amount of $40,000.00, made payable to the "Clerk of Court";

A check, cashier's check, or money order made payable and delivered to the following address:

> United States District Court
> Clerk of the Court
> 501 I Street, Suite 4-200
> Sacramento, California 95814

Criminal docket number **1:17-CR-00205-DAD-BAM** shall be stated on the payment instrument. If the Surety desires a payment receipt, he shall include a self-addressed, stamped envelope with the payment;

2. The Clerk of the Court shall deposit the $40,000.00 with the Crime Victim's Fund;

3. Upon confirmation that the $40,000.00 has been received and cleared, the Clerk of the Court for the Eastern District of California shall prepare a reconveyance of the Deed of Trust (Doc #2017-0119958) and forward it to Guzman for recording; and

4. The forfeited $5,000.00 cash bond that was deposited with the Clerk of the Court, plus any accrued interest, shall be moved to the Crime Victim's Fund.

IT IS SO ORDERED.

Dated: December 30, 2019

THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE